| | |
|---|---|
| 1 | LISA K. HORGAN, Bar No. 267632 |
|   | lhorgan@littler.com |
| 2 | LITTLER MENDELSON, P.C. |
|   | 650 California Street |
| 3 | 20th Floor |
|   | San Francisco, California  94108.2693 |
| 4 | Telephone:   415.433.1940 |
|   | Facsimile:   415.399.8490 |
| 5 | |
|   | JOHN A. BERG, *Admitted Pro Hac Vice* |
| 6 | jberg@littler.com |
|   | JENNIFER N. WARBERG, *Admitted Pro Hac Vice* |
| 7 | jwarberg@littler.com |
|   | LITTLER MENDELSON, P.C. |
| 8 | 121 SW Morrison |
|   | Suite 900 |
| 9 | Portland, Oregon  97204 |
|   | Telephone:   503.221.0309 |
| 10 | Facsimile:   503.296.5373 |
| 11 | Attorneys for Defendants |
|   | DURHAM SCHOOL SERVICES, L.P. and |
| 12 | NATIONAL EXPRESS CORPORATION |

UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

OAKLAND DIVISION

| | |
|---|---|
| RICARDO COMANDAO, EDGARDO MATIONG, DIONIE MORALES, | Case No.  4:14-cv-03857 PJH |
| Plaintiffs, | **STIPULATED DISMISSAL WITH PREJUDICE PURSUANT TO FRCP 41(a)(1)(A)(ii); ORDER THEREON** |
| v. | |
| NATIONAL EXPRESS CORPORATION, DURHAM SCHOOL SERVICES INC., DURHAM SCHOOL SERVICES LP, AND DOES 1-25, | |
| Defendants. | |

STIPULATED   DISMISSAL   (NO.   4:14-CV-03857 PJH)

**IT IS HEREBY STIPULATED** by and between the parties to this action, through their counsel of record, Daniel Martinez de la Vega, attorney for Plaintiffs, and John A. Berg, attorney for Defendants, that that this action shall be dismissed in its entirety, with prejudice, pursuant to Fed. R. Civ. P. 41(a)(1)(A)(ii).

**IT IS FURTHER STIPULATED** and agreed that each party to this litigation shall bear his/its own costs and attorneys' fees incurred in conjunction with this action.

Dated: May 2, 2016

/s/ John A. Berg
JOHN A. BERG
LITTLER MENDELSON, P.C.
Attorneys for Defendants
NATIONAL EXPRESS CORPORATION,
DURHAM SCHOOL SERVICES, L.P.

Dated: May 2, 2016

/s/ Daniel Martinez de la Vega
DANIEL MARTINEZ DE LA VEGA
LAW OFFICES OF DANIEL VEGA
Attorney for Plaintiffs

### Attestation re Electronic Signatures

I, John A. Berg, attest pursuant to Northern District Local Rule 5-1(i)(3) that all other signatories to this document, on whose behalf this filing is submitted, concur in the filing's content and have authorized this filing. I declare under penalty of perjury under the laws of the United States of America that the foregoing is true and correct.

/s/ John A. Berg
John A. Berg

**PURSUANT TO STIPULATION, IT IS SO ORDERED:**

Dated: May 3, 2016

HON. PHYLLIS J. HAMILTON
United States District Judge

*[Seal: IT IS SO ORDERED — Judge Phyllis J. Hamilton — United States District Court, Northern District of California]*

Firmwide:140205758.1 076749.1004

STIPULATED DISMISSAL (NO. 4:14-CV-03857 PJH)    1.

LITTLER MENDELSON, P.C.
650 California Street
20th Floor
San Francisco, CA  94108.2693
415.433.1940